## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CRAYTONIA LATOY BADGER                                          PLAINTIFF

v.                                      No: 4:18-cv-00279 SWW-PSH

MIKE LOE, *et al.*                                             DEFENDANTS

## ORDER

Plaintiff Craytonia Latoy Badger has submitted this 42 U.S.C. §1983 case for filing in this district. However, from the facts alleged and the Defendants named, it appears that venue properly lies in the Western District of Arkansas. *See* 28 U.S.C. §1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

The Clerk of the Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the Western District of Arkansas.

So ordered this 1st day of May, 2018.

/s/Susan Webber Wright
United States District Judge